**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY MOTT,** | : | **CIVIL ACTION** |
| ***Petitioner,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL ZAKEN, et al.,** | : | **NO. 20-cv-2516** |
| ***Respondents.*** | : | |

**ORDER**

**NOW**, this **13th** day of **November 2026**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 2), the Commonwealth's Status Updates (ECF Nos. 32–35), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore (ECF No. 37), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation (ECF No. 37) of Magistrate Judge Carol Sandra Moore is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of *Habeas Corpus* (ECF No. 2) is **DISMISSED AS MOOT**; and
3. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**